UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERT BRIGGS<br><br>    Plaintiff,<br><br>v.<br><br>SANTOS-IRIZARRY, ET AL.<br><br>    Defendants. | CIVIL NO. 19-01072-JAG |

**<u>NOTICE OF VOLUNTARY DISMISSAL AS TO SPECIFIC CO-DEFENDANTS</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Briggs hereby dismisses from this action without prejudice the following co-defendants (the "Dismissed Defendants"):

1. Mark T. Schneid, Esq. - Mathys & Schneid

2. David Segale, Esq. – Law Office of David Segale PC

3. Pedro F. Soler, Esq. – Pedro Soler Law

4. Barbara Briggs, Esq.

5. Alicia M. Santos Irizarry, Esq.

The summons and complaint in this proceeding have not been served on the Dismissed Defendants. No answer or dispositive motion has been filed or served by the Dismissed Defendants. Accordingly, no further notice or approval is required to effectuate dismissal of the Dismissed Defendants. <u>The case shall continue as to the remaining codefendant</u>.

00391631

In San Juan, Puerto Rico.

Dated:  July 22, 2019

S/Alberto G. Estrella
Alberto G. Estrella, Esq.
Bar No. 209403
**ESTRELLA, LLC**
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone (787) 977-5050
Facsimile (787) 977-5090

2

00391631