IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT BRIGGS,

   **Plaintiff,**

       v.

ALICIA M. SANTOS-IRIZARRY, *et al.*,

   **Defendants.**

CIVIL NO. 19-1072(JAG)

### PARTIAL JUDGMENT

     Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 12, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's case against co-Defendants Mark T. Schneid, Esq.; David Segale, Esq.; Pedro F. Soler, Esq.; Barbara Briggs, Esq.; and Alicia M. Santos Irizarry, Esq. Accordingly, any claim against the unknown spouses of these co-Defendants and their conjugal partnerships are similarly DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, July 23, 2019.

                                                s/ Jay A. Garcia-Gregory
                                                JAY A. GARCIA-GREGORY
                                                U.S. DISTRICT JUDGE